IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) ) ) |
| v. | ) Civil Case No. 2:25-mc-00215 ) |
| OVERLAND CHARTERS, INC., | ) ) ) |
| Respondent. | ) ) |

**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY
ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED**

1. This is an action for enforcement of a subpoena issued pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 as amended ("ADA"), 42 U.S.C. § 12117(a), which incorporates Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

2. Jurisdiction over this enforcement action is conferred upon this Court by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. §§ 2000e-5(f)(3) and 2000e-9, the latter of which incorporates Section 11 of the National Labor Relations Act, 29 U.S.C. § 161.

3. Applicant and Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the federal agency charged with the administration, interpretation, and enforcement of the ADA, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. The Respondent, Overland Charters, Inc. (Overland Charters), is an employer doing business in the State of Kansas with a facility at 3333 N. Hillside, Wichita, Kansas 67219.

5. On June 10, 2025, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, which, in turn, is incorporated in Section 107(a) of the ADA, 42 U.S.C. § 12117(a)), the EEOC issued to the Respondent Subpoena No. SL25-02, which was duly served on the Respondent.

6. Subpoena No. SL25-02 required the Respondent to produce information needed as part of the EEOC's investigation of a charge of unlawful employment practices, Charge No. 563-2024-02350, which has been filed against the Respondent.

7. The Respondent has not filed a petition to revoke or modify Subpoena No. SL25-02.

8. The Respondent has refused to comply with Subpoena No. SL25-02.

9. The Respondent's failure to comply with Subpoena No. SL25-02 has delayed and hampered the EEOC's investigation.

10. The accompanying Declaration of David Davis, Director of the EEOC's St. Louis District, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application and are incorporated by reference.

WHEREFORE, the Equal Employment Opportunity Commission requests:

a) That the Court issue an Order directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing Respondent to comply with Subpoena No. SL25-02;

b) That, upon return of the Order to Show Cause, issue an Order directing Respondent to comply with Subpoena No. SL25-02;

c) That the Equal Employment Opportunity Commission be granted its costs and such further relief the Court finds necessary and appropriate.

Respectfully submitted,

ANDREW B. ROGERS
Acting General Counsel

CHRISTOPHER LAGE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ANDREA G BARAN, MO Bar #46520
Regional Attorney
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
Phone: (314) 798-1914
andrea.baran@eeoc.gov

/s/ Joshua M. Pierson
JOSHUA M. PIERSON, KS Bar #29095
Assistant Regional Attorney
LAUREN M. WILSON, FL Bar #1024850
Trial Attorney
Kansas City Area Office
400 State Avenue, Suite 905
Kansas City, Kansas 66101
Phone: (913) 359-1807
Facsimile (913) 551-6957
joshua.pierson@eeoc.gov
lauren.wilson@eeoc.gov

ATTORNEYS FOR APPLICANT EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION